UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ALLEN MARK AJAN | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | NO. 2:02-CR-71 |
| | ) | (NO: 2:06-CV-247) |
| UNITED STATES OF AMERICA | ) | Judge Greer |
|     Respondent | ) | |

**ORDER**

On September 2, 2009, a memorandum opinion, order, and amended judgment were entered in this case which disposed of all pending issues in the case. [See Docs. 362, 363. 364]. An "Objection To/Appeal From Magistrates Report And Recommendation And/Or Order" filed by petitioner has now been docketed. [Doc. 365]. In that filing, petitioner objects to the order of the Magistrate Judge on August 18, 2009, denying petitioner's motion to supplement his § 2255 motion.

In his motion to supplement, petitioner cited *Arizona v. Gant*, 129 S.Ct. 1210 (2009) in support of his previously raised claim that the search of his vehicle was illegal. *Arizona v. Gant* was considered by the Court at the time of its earlier decision and petitioner's motion to supplement was referred to in the Court's September 2, 2009, Memorandum Opinion. [*See* Doc. 362, p.7]. The petitioner's objection is **OVERRULED** and the order of the Magistrate Judge [Doc. 359] is **ADOPTED** and **AFFIRMED**.

So ordered.

ENTER:

                                                          s/J. RONNIE GREER
                                              UNITED STATES DISTRICT JUDGE